IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE HENRY | : | CIVIL ACTION |
| vs. | : | |
| MARK GARMAN. SUPERINTENDENT, et al. | : | NO. 16-4612 |

# **O R D E R**

**AND NOW**, this 24th day of April, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, the supporting memorandum, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and the Objections filed by the Petitioner, it is **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for writ of habeas corpus is **DENIED;**

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,         Sr. J.